UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

NO.: 4:10-CR-80-1FL

**UNITED STATES OF AMERICA**

v.                                              **ORDER TO SEAL**
                                                **SENTENCING MEMORANDUM**

**TOBIA MILA MOYE,**
Defendant.

This matter is before the Court on the Defendant's Motion To Seal Sentencing Memorandum. For good cause shown, the Defendant's Motion is hereby GRANTED. It is ORDERED that Defendant's Sentencing Memorandum be sealed.

This the 11 day of June, 2012.

_/s/ Louise W. Flanagan_
UNITED STATES DISTRICT COURT JUDGE